AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

_____

KERVIN MORENO MUSICA SR.
_____
Petitioner

v.

STATE OF FLORIDA
_____
Respondent
(name of warden or authorized person having custody of petitioner)

Case No. 8:23 CV 1514 CEH-SPF
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: SIR- KERVIN MORENO MUSICA S.R.

   (b) Other names you have used: _____

2. Place of confinement:

   (a) Name of institution: HERNANDO COUNTY DETENTION CENTER

   (b) Address: 16425 SPRING HILL DRIVE
   BROOKSVILLE, FLORIDA 34604

   (c) Your identification number: MNI# 2200103803

3. Are you currently being held on orders by:

   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain: _____

4. Are you currently:

   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____
      (b) Docket number of criminal case: _____
      (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☒ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: PASCO COUNTY LOWER TRIBUNAL AND THE STATEWIDE PROSECUTOR TAMPA FLORIDA [LAURA A. ROSE, JOSEPH RAVELO]

   (b) Docket number, case number, or opinion number: 2017-CF-00182

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): HIS PETITION ALLEGES THAT IN VIOLATION OF THE EIGHTH AMENDMENT TO THE UNITED STATES CONSTITUTION, BEING HELD HOSTAGE, ILLEGALLY HELD ON NO BOND, AND SINCE 2017 AND 2019 EXCESSIVE BAIL LOSS OVER $40,000 BAIL 10% MONEY $235K

   (d) Date of the decision or action: 02-16-2022 [COURT TRANSCRIPTS LOCATED DOCKET NO. 353]

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☒ Yes        ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: STATE OF FLORIDA SECOND DISTRICT COURT APPEAL THIS COURT FOUND MERIT TO COMPLAINT BUT DISMISSED [PETITIONER HAVE COUNSEL]

   EXHIBIT 1 PG 1 TO 2

   (2) Date of filing: 10-06-2022

   (3) Docket number, case number, or opinion number: 2D22-3307

   (4) Result: DISMISSED RECORDS OF LOWER TRIBUNAL INDICATE THAT PETITIONER HAVE COUNSEL

   (5) Date of result: 12-06-2022

   (6) Issues raised: MALICIOUS PROSECUTION, JUDGE VIOLATIONS 4,6,14 AMENDMENTS RIGHT, STATUTES OF LIMITATION VIOLATIONS, FLORIDA BAR CODE VIOLATIONS BY THE 3 FORMER PROSECUTOR'S, DISCOVERY VIOLATIONS, WITNESSES TAMPERING BY PROSECUTOR FALSE ARREST, NO PROBABLE CAUSE VIOLATIONS, VIOLATION FEDERAL BANKRUPTCY CODE.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

ATTACH TO THIS MOTION COPIES OF CASE DOCKET AT SECOND DISTRICT COURT OF APPEAL, AND ORDER

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☒ Yes ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: STATE OF FLORIDA JUDICIAL QUALIFICATIONS COMMISSION

   EXHIBIT 2

   (2) Date of filing: SEPTEMBER 6, 2022
   (3) Docket number, case number, or opinion number: 22-561; BYRD
   (4) Result: THE COMMISSION FOUND MERIT TO MY COMPLAINT
   (5) Date of result: NOVEMBER 8, 2022
   (6) Issues raised: HON. KIMBERLY BYRD ISSUES A ARREST WARRANT ON JUNE 04, 2019 WITHOUT PROBABLE CAUSE, THE JUDGE WAS MISLEAD BY THE PROSECUTOR'S MR. RAVELO THIS JUDGE KNOWS NOTHING ABOUT THE CASE THE PROSECUTOR'S DELIVER MALICIOUSLY A FALSE REPORT TO JUDGE ABOUT A VIOLATIONS OF A BANKRUPTCY CASE CODE FILED ON MAY, 2018 BY CODEFENDANT IN THE EASTERN DISTRICT MICHIGAN, TO GET WARRANT THE COMMISSION STATEMENT "NO CODE VIOLATIONS" "BUT ARE MATTERS FOR REVIEW THROUGH THE NORMAL COURT PROCESS". "LETTER ATTACH WITH THIS MOTION" ORDER

   EXHIBIT 3

   (b) If you answered "No," explain why you did not file a second appeal: _____
   NOTE: ATTACH WITH THIS MOTION ARE SUPPORTING DOCUMENT, AND MEMORANDUM ON HOW PROSECUTOR MR. JOSEPH RAVELO AND DIANA CROP, MISLEAD THE HON. JUDGE BYRD.

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☒ Yes ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: STATE OF FLORIDA JUDICIAL QUALIFICATIONS COMMISSION NOTE: ATTACH TO THIS MOTION SUPPORTING DOCUMENT.

   (2) Date of filing: JANUARY 03, 2023
   (3) Docket number, case number, or opinion number: 23-043; HANSEL
   (4) Result: THE COMMISSION FOUND MERIT TO MY COMPLAINT

   EXHIBIT 4

   (5) Date of result: MARCH 21, 2023
   (6) Issues raised: HON. MARY HANSEL ISSUES THE 3RD ARREST IN THIS CASE BECAUSE SHE BEEN MISLEAD BY THE 3 FORMER PROSECUTOR STORIES OF PURE FICTION THE JUDGE VIOLATED MY 4,5,6,7,8,11,14 AMENDMENT'S FOR OVER 6 YEARS 6 MONTHS

WHICH RESULT IN LOSS OF LIBERTY, DEPRIVED OF MY CONSTITUTIONAL RIGHT, DUE PROCESS AND TO FAIR PRE-TRIAL PROCESSING'S, THIS JUDGE DENIEDS ALL MOTIONS FILED BY MY LAWYERS SINCE 2017 UNTIL TODAY INCLUDING THE MULTIPLES MOTIONS FILED BY ME PROSE. THIS JUDGE ALLOW ON THE RECORDS THE PROSECUTOR'S TO

(b) If you answered "No," explain why you did not file a third appeal: MULTIPLE HANDICAPPED PETITIONER IN CONSULTING COUNSEL, SEARCHING FOR EVIDENCES, AND WITNESSES, AND PREPARING FOR A DEFENSE, AND TRIAL, ACTING ARBITRARILY, CAPRICIOUSLY IN DENYING BAIL...

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes   ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes   ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes   ☒ No

If "Yes," provide:

(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes     ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes     ☒ No

If "Yes," provide:

(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes     ☒ No

If "Yes," provide:

(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

 (4) Result: _____
 (5) Date of result: _____
 (6) Issues raised: _____

_____
_____
_____
_____
_____

12. **Other appeals**

 Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

 ☒ Yes    ☐ No

 If "Yes," provide:

 (a) Kind of petition, motion, or application: WRIT OF CORAM NOBIS
 (b) Name of the authority, agency, or court: HONORABLE MARY S. SCRIVEN UNITED STATES JUDGE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION
 (c) Date of filing: MAY, 2023
 (d) Docket number, case number, or opinion number: 8:23-CV-240-MSS-TGW
 (e) Result: DISMISSED WITHOUT PREJUDICE
 (f) Date of result: APRIL 12, 2023
 (g) Issues raised: HONORABLE JUDGE SCRIVEN WAS DIRECT AND STRAIGHT TO THE POINTS HER HONOR CONSTRUES THE DOCUMENT CHALLENGING PRE-TRIAL DETENTION,, AND THIS THE REASON PETITIONER FILING THIS 2241 AFTER HER HONOR ORDER WAS FILED APRIL 12,2023 PETITIONER FOR OVER SIX YEARS SIX MONTHS TRYING TO GET RELIEF FROM THE STATES COURT'S BUT JUST GET THE RUN AND ROUNDS. PETITIONER ASKING THIS HONORABLE COURT TO RESCUE HIM FROM THIS HOSTAGE SITUATION,, OVER 16 MONTHS COUNTY JAIL NO BOND PETITIONER HIS ATTACHING ALL EVIDENCES TO PROVE THIS COURT THAT THE LOWER TRIBUNAL JUDGE WAS MISLEAD BY THE 3 FORMER PROSECUTOR'S, MALICIOUSLY INDUCE JUDGE TO ERRORS

EXHIBIT 5 PG 1 to 4

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** PETITIONER DUE PROCESS RIGHT UNDER THE FOURTEENTH AMENDMENT WAS VIOLATED BECAUSE PETITIONER BOND WAS REVOKE THE ALLEGE OFFENCE WAS NOT SUPPORTED BY SUFFICIENT EVIDENCE: FORMER STATE PROSECUTOR MALICIOUSLY MISLEAD THE LOWER TRIBUNAL JUDGE ON 2-16-2022 TO BELIEVE PETITIONER EMAIL THE ALLEGE FRAUDULENT

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
DOCUMENTS ON "JUNE 4, 2019" WHEN CODEFENDANT WAS IN JAIL. ON 3-08-22 THE JUDGE GRANT THE STATE MOTION TO ESTABLISH PRIVILEGE REVIEW TEAM. ON 07-28-22 REVIEW TEAM RELEASE DOCUMENTS AND REVEAL THAT PETITIONER E-MAIL DOCUMENTS ON "02-19-2019" NOT ON "JUNE 4, 2019" IS CLEAR AND CONVINCING THAT EVIDENCE THE STATEWIDE PROSECUTOR'S - FLORIDA ENGAGED IN ACTUAL VINDICTIVE, MALICIOUSL PROSECUTION...

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes   ☐ No

GROUND TWO: PETITIONER DUE PROCESS RIGHT UNDER THE FOURTEENTH AMENDMENT WAS VIOLATED BECAUSE EVIDENCE PRESENTED ON 01-19, 01-21 AND 02-16-2022, WAS INSUFFICIENT TO ESTABLISH THAT PETITIONER VIOLATED PRE TRIAL RELEASE, BUT ESTABILISH THAT PROSECUTOR FABRICATE EVIDENCE, INDUCING THE JUDGE TO COMMIT ERROR BY MANIPULATING FACTS OF EVIDENCES.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
PETITIONER DUE PROCESS RIGHT UNDER THE FOURTEENTH AMENDMENT WAS VIOLATED BECAUSE PETITIONER TRIAL FORMER COUNSEL FAILED TO CHALLENGE THE COURT'S RUFUSAL TO SET BOND, DESPITE THE LACK OF EVIDENCE.
PETITIONER DUE PROCESS RIGHT UNDER THE FOURTEETH AMENDMENT WAS VIOLATED BECAUSE PETITIONER TRIAL FORMER COUNSEL FAILED TO STRIKE AT LEAST ONE OF THE ALLEGE WITNESSES WHO WAS FRIENDS WITH THE STATE PROSECUTOR.

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes   ☐ No

GROUND THREE: PETITIONER RIGHT TO EFFECTIVE ASSISTANCE OF FORMER COUNSEL UNDER THE SIXTH AND FOURTEETH AMENDMENTS WAS VIOLATED BECAUSE PETITIONER FORMER COUNSEL FAILED TO SUPPORT PETITIONER DEFENCE. COUNT ONE SCHEME TO DEFRAUD AND COUNT'S TWO AND THREE THE FEDERAL BANKRUPTCY CODEFENDANT CASE AT THE EASTERN DISTRICT MICHIGAN, AND COUNT FOUR.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
PETITIONER WAS DENIED THE EFFECTIVE ASSISTANCE OF COUNSEL IN VIOLATION OF THE SIXTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION DUE TO THE FACT THAT HIS TRIAL FORMER COUNSEL AND CURRENT COUNSEL FAILED TO FILE A MERIT BRIEF OR OTHERWISE PROSECUTE THE STATEWIDE PROSECUTOR'S, RESULTING IN PETITIONER 16 MONTHS HELD HOSTAGE AT PASCO/HERNANDO COUNTY JAIL'S WITHOUT THE PRESCRIPTIONS MEDICATION FOR THE KIDNEY AND COLON CONDITIONS, FORCING PETITIONER TO EAT BOLOGNA AND BREAD FOR 16 MONTHS, AND LOSSING EVERYTHING THAT I OWN, INCLUDING MY GRANDMOTHER DIE JUNE 2022.

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes   ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** THE STATE OF FLORIDA PROSECUTOR'S VIOLATED PETITIONER FOUR AMENDMENT "NO WARRANT SHALL ISSUE, BUT UPON PROBABLE CAUSE" IN SUPPORT THEREOF, PETITIONER RESPECTFULLY REFERS THIS HONORABLE COURT TO THE MEMO AND POINTS OF AUTHORITY IN SUPPORT OF THIS 2241 MOTION

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
THE STATE OF FLORIDA PROSECUTOR'S ALL 3 FORMER PROSECUTOR'S VIOLATED PETITIONER EIGHTH AMENDMENT RIGHT TO BE FREE FROM CRUEL AND UNUSAL PUNISHMENT UNDER THE UNITED STATES CONSTITUTION AND PROTECTS INMATES FROM UNNECESSARY AND WANTON INFLICTION OF PAIN... IN SUPPORT THEREOF, PETITIONER RESPECTFULLY REFERS THIS HONORABLE COURT TO THE COURT FILED DOCKET MOTIONS BY FORMER AND CURRENT COUNSELS AND ALL THE EXHIBIT'S PART OF THIS MOTION AND ALL THE EVIDENCE EXHIBITS ATTACH TO THE MEMORANDUM IN SUPPORT TO THIS MOTION WILL VALIDATE PETITIONER CLAIMS.

(b) Did you present Ground Four in all appeals that were available to you?
☒ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: PETITIONER PRESENTED ALL GROUNDS TO THE LOWER TRIBUNAL, TO THE SECOND DISTRICT COURT OF APPEAL AND THIS HONORABLE COURT THE UNITED STATES OF AMERICA DISTRICT COURT MIDDLE DISTRICT TAMPA DIVISION. PETITIONER PRAY THIS COURT FOR RELIEF, RESCUE PETITIONER FROM THIS UNJUSTIFIABLE, HUMAN RIGHT VIOLATIONS!

## Request for Relief

15. State exactly what you want the court to do: AS INSTRUCTED BY THIS HONORABLE COURT PETITIONER EXHAUST ALL AVAILABLE JUDICIAL REMEDIES BEFORE THE SEEKING OF RELIEF WITH THIS COURT. THE RESTRAINT OF THE PETITIONER LIBERTY IS UNLAWFUL AND THE PETITIONER HAS NO ADEQUATE REMEDY AT LAW. THE PETITIONER REQUEST THIS HONORABLE COURT FOR AN IMMEDIATELY RELEASE FROM JAIL.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

JULY 04, 2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 7-04-2023

SIR. Kevin Moreno Muguca S.R.

*Signature of Petitioner*

DECLARATION BY CORRECTIONAL OFFICER PERSUANT TO SECTION 7.10 FLORIDA STATUTES.

NAME (PRINT) R. FABY   ID# 2076

SIGNATURE: _____ 2076

DATE: 7/4/2023

*Signature of Attorney or other authorized person, if any*

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

## Instructions

1. **Who Should Use This Form.** You should use this form if
   - you are a federal prisoner and you wish to challenge the way your sentence is being carried out *(for example, you claim that the Bureau of Prisons miscalculated your sentence or failed to properly award good time credits)*;
   - you are in federal or state custody because of something other than a judgment of conviction *(for example, you are in pretrial detention or are awaiting extradition)*; or
   - you are alleging that you are illegally detained in immigration custody.

2. **Who Should Not Use This Form.** You should not use this form if
   - you are challenging the validity of a federal judgment of conviction and sentence *(these challenges are generally raised in a motion under 28 U.S.C. § 2255)*;
   - you are challenging the validity of a state judgment of conviction and sentence *(these challenges are generally raised in a petition under 28 U.S.C. § 2254)*; or
   - you are challenging a final order of removal in an immigration case *(these challenges are generally raised in a petition for review directly with a United States Court of Appeals)*.

3. **Preparing the Petition.** The petition must be typed or neatly written, and you must sign and date it under penalty of perjury. **A false statement may lead to prosecution.**

   All questions must be answered clearly and concisely in the space on the form. If needed, you may attach additional pages or file a memorandum in support of the petition. If you attach additional pages, number the pages and identify which section of the petition is being continued. Note that some courts have page limitations. All filings must be submitted on paper sized 8½ by 11 inches. **Do not use the back of any page.**

4. **Supporting Documents.** In addition to your petition, you must send to the court a copy of the decisions you are challenging and a copy of any briefs or administrative remedy forms filed in your case.

5. **Required Filing Fee.** You must include the $5 filing fee required by 28 U.S.C. § 1914(a). If you are unable to pay the filing fee, you must ask the court for permission to proceed in forma pauperis – that is, as a person who cannot pay the filing fee – by submitting the documents that the court requires.

6. **Submitting Documents to the Court.** Mail your petition and ____ copies to the clerk of the United States District Court for the district and division in which you are confined. For a list of districts and divisions, see 28 U.S.C. §§ 81-131. All copies must be identical to the original. Copies may be legibly handwritten.

   If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

7. **Change of Address.** You must immediately notify the court in writing of any change of address. If you do not, the court may dismiss your case.